| United States District Court | § | Southern District of Texas |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
March 06, 2017
David J. Bradley, Clerk

Jaime Perkins, §
§
　　　　　Plaintiff, §
§
versus §　　　Civil Action H-16-2371
§
Argonaut Insurance Company, et al., §
§
　　　　　Defendants. §

## Final Dismissal

1. On the agreement of the parties, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on March 6, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge